# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES D. GRIEPSMA,

        Plaintiff,

v.

CHARLIE WEND, et al.,

        Defendants.

CASE NO. C16-1843-JLR-MAT

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

It is not clear from the Court's review of the docket whether plaintiff received a copy of defendants' Motion to Dismiss Eleven Defendants. (*See, e.g.*, Dkt. 32 (noting service of motion by mail to Skagit County Jail on March 9, 2017) and Dkt. 36 (notice regarding service of future motions indicating plaintiff had been transferred from Skagit County Jail to the Washington Department of Corrections on December 23, 2016 and held there until his release on or around March 22, 2017).) The Court, accordingly, directs the Clerk to forward to plaintiff's current address a copy of the Motion to Dismiss Eleven Defendants (Dkt. 15), all accompanying declarations (Dkts. 16-30), and the Notice Regarding Dispositive Motions (Dkt. 31), and to RENOTE the motion (Dkt. 15) for consideration on **June 16, 2017**. Plaintiff may file a response

MINUTE ORDER
PAGE - 1

to the motion on or before **June 12, 2017** and defendants may file a reply on or before **June 16, 2017**.

DATED this 17th day of May, 2017.

WILLIAM MCCOOL, Clerk

By: s/ Paula McNabb
    Deputy Clerk

MINUTE ORDER
PAGE - 2