UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES D. GRIEPSMA,

                Plaintiff,

v.

CHARLIE WEND, et al.,

                Defendants.

CASE NO. C16-1843-JLR-MAT

ORDER RE: PENDING MOTIONS

Plaintiff, who proceeds *pro se* and *in forma pauperis* (IFP) in this 42 U.S.C. § 1983 case, submitted two motions for extensions of time and a letter to the Court. (Dkt. 72-74.) Having considered the motions and letter, the Court finds and concludes as follows:

(1) Plaintiff's motions seek extensions of time to respond to defendants' declarations and to obtain defendant Brianna Roger's address. (Dkts. 72-73.) While dated March 19 and 20, 2017, the Court did not receive the motions until June 23, 2017. By letter to the Court, plaintiff states he wrote the motions while incarcerated at Monroe Correctional Complex (MCC), gave them to his investigator to file, but only recently discovered the motions had not been filed. (Dkt. 74.) Although not entirely clear, plaintiff further appears to indicate he did not receive two of the

ORDER
PAGE - 1

five motions filed by defendants and currently pending in this case. (*See* Dkts. 72-74 (reflecting his receipt of defendants' motion to dismiss eleven defendants, their fourth "declaration", and the motion to find his complaint frivolous, while indicating he had not yet received the second or third "declarations").) He requests copies of the motions not received and additional time to submit all of his responses. Plaintiff also notes he has difficulty writing due to his hand injury and is currently homeless.[1]

Plaintiff did not timely respond to any of defendants' pending motions. The first of those motions, seeking dismissal of plaintiff's claims against eleven defendants (Dkt. 15), was originally noted for consideration on April 7, 2017,[2] and plaintiff's current filing makes clear he received that motion while incarcerated at MCC in March of 2017 (*see* Dkts. 72-74). The other pending motions were all served by mail to plaintiff's current, general delivery mailing address and were noted for consideration, respectively, on May 12, 2017, and June 9, 16, and 23, 2017. (*See* Dkts. 38, 50, 67, and 70.) However, considering plaintiff's *pro se* status and the circumstances described in his letter and motions to the Court, the Court finds good cause for an extension of time.

Plaintiff's motion for an extension of time to respond (Dkt. 72) is herein GRANTED in relation to defendants' Motion to Dismiss Eleven Defendants (Dkt. 15), Motion to Dismiss Three Defendants (Dkt. 38), Motion to Dismiss Five Defendants (Dkt. 50), Motion to Dismiss Defendant ARNP Sue Baerg (Dkt. 67), and Motion to Find Griepsma's Complaint Frivolous (Dkt. 70). Plaintiff must submit his response(s) to the Court on or before **August 4, 2017**. Defendants are

---

[1] Plaintiff additionally states he is seeking an attorney. It should be noted that, by Order dated May 17, 2017, the Court denied plaintiff's Motion for Appointment of Counsel. (*See* Dkts. 48 & 66.)

[2] The Court renoted the motion for consideration on June 16, 2016 because it was not clear whether it had been received by plaintiff. (Dkt. 65 (motion served by mail to Skagit County jail on March 9, 2017, but plaintiff had been transferred to the Washington Department of Corrections on December 23, 2016 and held at MCC until his release on or around March 22, 2017).)

ORDER
PAGE - 2

directed to submit a reply to the response(s) on or before **August 18, 2017**, and the Clerk is directed to RENOTE all of defendants' motions (Dkts. 15, 38, 50, 67, 70) for consideration on **August 18, 2017**.

(2) Plaintiff's motion for an extension of time to obtain Brianna Roger's address (Dkt. 73) is DENIED. In requesting the extension, plaintiff explains he needs more time to obtain Rogers' address "so she can be served." (Dkt. 73.) Rogers has been served and is represented by counsel in this matter. (*See* Dkts. 5-6.) There is, as such, no basis for plaintiff's request.

(3) The Clerk is directed to send a copy of this Order to the parties and to the Honorable James L. Robart. The Clerk is further directed to send to plaintiff copies of the Motion to Dismiss Three Defendants (Dkt. 38), Motion to Dismiss Five Defendants (Dkt. 50), and Motion to Dismiss Defendant ARNP Sue Baerg (Dkt. 67), along with all accompanying declarations (Dkts. 39-44, 51-62).

DATED this 27th day of June, 2017.

Mary Alice Theiler
United States Magistrate Judge